

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00184-CR

| | | |
|---|---|---|
| CODY DERREK BARNARD, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1534169D) |
| V. | § | March 4, 2021 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified to delete "Open Plea to the Court," check the box for "Terms of Plea Bargain," and insert the following into the judgment: "Defendant pleaded guilty in exchange for the State's waiving a deadly weapon finding." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr